IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:15CR267 |
| v. | ) | |
| LUIS RAMIREZ, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to review detention (Filing No. 25). The Court finds defendant's detention should be reviewed. Accordingly,

IT IS ORDERED:

1) A hearing on said motion is scheduled for:

**Wednesday, February 24, 2016, at 8:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

2) Sentencing in this matter is continued to:

**Wednesday, May 18, 2016, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111

South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 23rd day of February, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court