IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) ) ) | CASE NO. 8:15CR267 |
| vs. | ) ) ) | **ORDER** |
| LUIS RAMIREZ,<br>Defendant. | ) ) | |

Before the Court is the Defendant's unopposed oral motion seeking permission for the Defendant, who is in the custody of the U.S. Marshal, to participate in a remote initial appearance, by way of video-teleconferencing technology at the Hall County (NE) Correctional Center, before the County Court of Douglas County (NE) in Case No. 24-17585. The Court, having been fully advised of the premises, finds that the motion is GRANTED.

IT IS ORDERED THAT, should the Clerk of the Douglas County (NE) Court and the Hall County Correctional Center be able to agree on an acceptable time and date for a remote initial appearance before the County Court of Douglas County in Case No. 24-17585 by means of Hall County (NE) Correctional Center's video teleconferencing technology, the Defendant, a detainee in the custody of the United States Marshal, should be allowed to participate in that hearing.

A signed copy of this Order shall be provided to the United States Marshal.

DATED this 18th day of November 2024.

BY THE COURT:

_____
THE HON. MICHAEL D. NELSON
United States Magistrate Judge